SPESSARD L. HOLLAND, Governor of the State of Florida; R. A. GRAY, Secretary of State of the State of Florida; J. TOM WATSON, Attorney General of the State of Florida; J. M. LEE, as Comptroller of the State of Florida; J. EDWIN LARSON, as Treasurer of the State of Florida; COLIN ENGLISH, as Supervisor of Public Instruction of the State of Florida; and NATHAN MAYO, as Commissioner of Agriculture of the State Board of Conservation of the State of Florida, and S. E. RICE, as Supervisor of Conservation of the State of Florida, v. CHARLES MIRABELLA, R. L. COMBS, KELLY GANT, ELMER ALDACOSTA and A. L. MILLS.

6 So. (2nd) 862            En Banc
February 3, 1942

J. Tom Watson, Attorney General, Thomas V. Kiernan, Assistant Attorney General, and Tiffany Turnbull, Special Assistant Attorney General, for petitioners.

David Elmer Ward and Hugh L. McArthur, for respondents.

PER CURIAM:

The petition for writ of certiorari to review the interlocutory order of the Circuit Court of Leon County, Florida, entered on December 15, 1941, having been considered, it is ordered that said petition be and the same is hereby granted and that the said judgment of the Circuit Court of Leon County, Florida, is hereby quashed on authority of Spessard L. Holland, as Governor, et als., petitioners, v. Joe Roberts, respondent, decided January 16, 1942.

BROWN, C. J., WHITFIELD, TERRELL, BUFORD, CHAPMAN, THOMAS, and ADAMS, JJ., concur.